

# Missouri Court of Appeals
## Southern District

**FEBRUARY 19, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD34089

      Re:    IN THE INTEREST OF:
             A.R.T., Minor,
             GREENE COUNTY JUVENILE
             OFFICE,
             Petitioner-Respondent,
             vs.
             D.R.,
             Respondent-Appellant.